George M. Reiber
Chapter 13 Trustee
3136 Winton Road South
Rochester NY 14623
(585) 427-7225

*Receipt 8034*
*$244.00*
*4/20/11*

April 19, 2011

*Paul R. Warren, Clerk of Court United States Bankruptcy Court, WDNY*
*1220 U.S. Courthouse, Bankruptcy Division*
*100 State Street*
*Rochester, NY 14614*

Re:  Janet Waller; BK 09-22694

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $244.00. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).


| Janet Waller | $244.00 | Debtor Refund |


/s/_____
George M. Reiber, Trustee



FILED
APR 2 0 2011
BANKRUPTCY COURT
ROCHESTER, NY

Case 2-09-22694-JCN    Doc 66    Filed 04/21/11    Entered 04/21/11 14:46:30    Desc Main
Document    Page 1 of 1